

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00809-CV

**GOLDEN ENERGY, LLC**,
Appellant

v.

Tamer F. **MORSI**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-25242
Honorable Mary Lou Alvarez, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Velia J. Meza, Justice

Delivered and Filed: March 25, 2026

DISMISSED

On December 15, 2025, appellant filed its notice of restricted appeal. After receiving receipt of the clerk's record, we questioned our jurisdiction and ordered appellant to show why this appeal should not be dismissed for want of jurisdiction. In response, appellant filed its motion to dismiss its appeal pursuant to Texas Rule of Appellate Procedure 42.1 to "seek appropriate post judgment remedies . . . including a motion for new trial, and if necessary, a timely appeal." *See*

TEX. R. APP. P. 42.1(a)(1). In his response, appellee agrees that this appeal should be dismissed, however he argues that the dismissal should be for want of jurisdiction.

Appellant's motion is granted and the appeal is dismissed. Our grant of appellant's motion should not be construed as a conclusion regarding this court's appellate jurisdiction.

PER CURIAM